## Exhibit A to the Complaint

**Location:** San Jose, CA  
**Total Works Infringed:** 31  
**IP Address:** 99.43.253.239  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash: C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 09-28-2021 19:17:41 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 2 | Info Hash: F6ABB3EC57F6F61E302E4DB9222EA5CB0EEDBE44<br>File Hash: 8BA6CA2A2423FDE7D4B7D075850BA1748A5CBE939DC7B56A5C348F2115327E69 | 09-22-2021 05:57:39 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 3 | Info Hash: 660A12EC87539227779AFE34C961560331CF4636<br>File Hash: 5EC158177271D07B26A4F7389FFA806DB9FC4CD0CE05E469D542C7430D0778BC | 09-21-2021 23:16:25 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 4 | Info Hash: 01FFE2069B4726F71FBECB4D7DB2047ED047459E<br>File Hash: DE2431F8B774A7DC332E16466DBCF7B8F8B22B79FCE81BB615C78B82C619256D | 09-20-2021 22:28:48 | Tushy | 03-16-2020 | 04-15-2020 | PA0002244959 |
| 5 | Info Hash: 95853F2466E696799E6030A6C5410F9A3FD3ADBA<br>File Hash: E3B038233B3BCE53E296ED91A72B24706143F40866B819C3AE8F25BF386F6FB0 | 09-20-2021 22:25:46 | Tushy | 07-12-2020 | 07-20-2020 | PA0002248965 |
| 6 | Info Hash: FD6024BEF3762A73A62D6ED2A0473D9631E4AB2D<br>File Hash: E4527D72B244EF3581F2F345D213ED85995D3CA3AEB835822E61F2E526A69B46 | 09-09-2021 06:38:21 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 7 | Info Hash: 3AC0944A1FB51B3369128FC03A1BCAF8FEED89A0<br>File Hash: FAC56AB74DDC99B300857B3CB9E9C355DF6C33C6952257C2E61D240D3946CC74 | 09-05-2021 21:12:20 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 8 | Info Hash: 255160E86155DBC843F84DED7BCF5BC87BBA2303<br>File Hash: AA390BFD1CBD2E575EC3D090B14FE7D66C626E190293D2D44C1D9377776C0887 | 09-05-2021 18:51:28 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 09-05-2021 18:50:49 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 10 | Info Hash: 062E6FA933060124EDCDBF58870548D574ACCB12<br>File Hash: 44CA89016B3E685048B4B3C3EBC4B95ABB74824F3C9014DDB93E206E568F8662 | 08-30-2021 00:08:57 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 11 | Info Hash: 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB<br>File Hash: 1285F37579C781AD274ADF25BB944C642C7BBA7AD59AD7AB60A488CA2DFCB473 | 08-28-2021 17:52:08 | Tushy | 11-07-2018 | 11-25-2018 | PA0002136607 |
| 12 | Info Hash: 597A68BEF38F17FE4F779C6408EA4F4CA0B8B361<br>File Hash: A83084FEF88410677D300C23064178D200D8D5638DE644CED3C9BA09BB512D35 | 08-26-2021 03:18:14 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 13 | Info Hash: 770136E9D2E9281EEC061D14122146DB652256E4<br>File Hash: CF89C2D36DB8CFF7034E1AB60888CB7DD101565F2FA06D1407A625282C41DD4C | 08-04-2021 20:32:40 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 14 | Info Hash: 2693B910A9FD84F57E729ECB54230F7CD4C024A0<br>File Hash: A0E95DE7C78D9B912BA5A64E86AEB5F794948D1C41C9CA124F33FD6D2B207D28 | 07-27-2021 21:04:59 | Blacked | 10-27-2019 | 11-15-2019 | PA0002211841 |
| 15 | Info Hash: 4ABCECA3EF6A14C26F01B9F6729F763C3869C057<br>File Hash: 42BC5B7A09145B05710374949C5A7622E6C005E21BBF51DF5EB6D0C1D0B7E46E | 07-14-2021 16:29:39 | Tushy | 06-14-2020 | 06-25-2020 | PA0002255507 |
| 16 | Info Hash: BD6060ADF5D506AEDCACA1206C61BE68A531D586<br>File Hash: 9F30B4304A2C6A1ED2825CBA9290B07F573E233F309FFA499F963692B013F452 | 07-06-2021 20:12:53 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |
| 17 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 07-06-2021 19:32:21 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 0C44CCAFAC6BEA30EC61A86125F9ECCD152A555C<br>File Hash: C50FD4ED5C78D645B9919590EF5BB84C318B0F9E3CE187C7728174AFD872B2DD | 07-06-2021 08:20:52 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 19 | Info Hash: 9ACFA6786441C845D2C07F8BD5E7EFAB1C1168B9<br>File Hash: C2640699303366D67ABA145486048DCC4C0CB49DC02F820D53BBA21120BEEA12 | 06-21-2021 15:58:58 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 20 | Info Hash: F89AB7DC42AFCB8F2F0AAF6DDDF10122B0DDE56A<br>File Hash: 890F9CA687FEB515368B4FB710CF69630D72B84F9733C030C96FB51B7A7039AF | 05-04-2021 08:39:25 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 21 | Info Hash: CFAEA6056DC369E23A85F4FDBA393DCE7DECE2C1<br>File Hash: C67047CC3CE7420911EBBAE15382AA334B81B5C4F412C1ACD2DA4784C17444EE | 04-27-2021 19:29:48 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 22 | Info Hash: 298D15EA1B9BFF1241F3C6144ADDB45D97711D4C<br>File Hash: E9C710327CBAF9CB6B13AC6392F5BB7388CC42CC5DF96845280DBAE8021CE0DD | 04-14-2021 17:48:02 | Tushy | 04-19-2020 | 05-05-2020 | PA0002249081 |
| 23 | Info Hash: 338C6273050AF6EFE7A181F010212C72844BB7AB<br>File Hash: E9F47DD51471CC467A124A8630CD4B43E0AF41800AF25111C9FCCAFED079925C | 04-05-2021 22:17:49 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 24 | Info Hash: 65AE22A1EAAA2A80353EE02BDB7D66F72EE58914<br>File Hash: 9874817CCD34961FF2649608FA9E3FA5A8FCF009C044602FAE1913A586BB1D3B | 04-02-2021 20:44:13 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 25 | Info Hash: D96EA595522F63ADD33B6B3CE85F8FC0AE41B1C2<br>File Hash: EAFDBDE4FE4569DB61BB6DA689D6BCF4048536B068DB2E7F9436198EC61D0413 | 03-20-2021 02:36:26 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 26 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-26-2021 18:45:40 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 81C927B65F71A35DC9BEC606F20C69791C589645<br>File Hash: 1F4409E86A98263BD34267B242C67DA85F665AFF65FEBB8F925DAC4F30BE6C9B | 02-22-2021 22:27:14 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 28 | Info Hash: 26112837232DD875D757F924859E76EF98E3AB75<br>File Hash: E59DA29C27A3913D89575B6C1299D22A05820693A982B1C021DC0FA6AC039ACA | 02-22-2021 22:22:48 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 29 | Info Hash: D43F6963D3CBB1D936E2508C3DD18845F04D6AFF<br>File Hash: F20E5307523A0117C544F31D5D0C1602BD34A4EA8C44CF7685F7B69670CA934E | 02-02-2021 21:24:16 | Tushy | 01-26-2020 | 02-20-2020 | PA0002237626 |
| 30 | Info Hash: 221FADE3CD0CE4DD725D9793A60F2E7BF36D361A<br>File Hash: F0B26817902D8E24389E933F5B205DDB34F28A830FC7D7B3CC15875CF713ACD4 | 02-02-2021 21:17:06 | Tushy | 02-20-2019 | 04-29-2019 | PA0002170363 |
| 31 | Info Hash: F7D28257C560AE233569247C5354690D6953352E<br>File Hash: 0050271A5EC100780CD21D74A0481A1D25B964295ECC8C741DED7B8361EF7F03 | 01-29-2021 00:15:30 | Tushy | 01-03-2021 | 02-02-2021 | PA0002280504 |